UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-03-330 |
| | § | |
| PALACIOS, SERGEANT OF | § | |
| CORRECTIONAL OFFICERS, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR SANCTIONS

Pending is plaintiff's motion for sanctions (D.E. 73). During an October 14, 2005, conference call scheduled to address discovery issues as well as plaintiff's motion, plaintiff expressed his displeasure with the rulings of the undersigned United States Magistrate Judge, and he disconnected the call. Plaintiff's motion (D.E. 73) is denied without prejudice.

ORDERED this 18th day of October, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE