IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MOORE | § | |
| | § | |
| v. | § | C.A. NO. C-03-330 |
| | § | |
| SERGEANT PALACIOS, ET AL. | § | |

## ORDER

This is an inmate civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is plaintiff's pro se motion for an order to the district clerk to notify supplemental parties. (D.E. 124).

Trial is set to begin Tuesday, January 9, 2007. (D.E. 125). Plaintiff has been appointed counsel to represent him in this case. (D.E. 114). As he has appointed counsel, pro se motions and filings are no longer appropriate. See Smith v. Collins, 977 F.2d 951, 962 (5th Cir. 1993).

Plaintiff is ordered to refrain from filing any more pro se motions. If plaintiff ignores this order, he may be sanctioned, including the possible dismissal of this action.

Accordingly, plaintiff's pro se motion for an order to the district clerk to notify supplemental parties, (D.E. 124), is DENIED.

ORDERED this 11th day of July 2006.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE